# United States Court of Appeals
## For the First Circuit

No. 21-1322

ANDRE PACE,

Plaintiff - Appellant,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, JUSTIN SALAMONE, Correctional Officer; MATTHEW H. VALADE, Correctional Officer; CHRISTOPHER J. MASCHARKA, Correctional Officer; DAVID BOLDUC, Correctional Officer; ROBERT M. DUVAL, Correctional Officer; JASON J. CHAPUT, Correctional Officer,

Defendants - Appellees,

THOMAS A. TURCO, III, Former Commissioner of The Department of Correction, in his official and individual capacities; CAROL A. MICI, Commissioner of The Department of Correction, in his official and individual capacities; STEVEN SILVA, Former Superintendent of The Souza Baranowski Correctional Facility, in his official and individual capacities; STEVEN KENNEWAY, Superintendent of The Souza Baranowski Correctional Facility, in his official and individual capacities,

Defendants.

Before

Howard, Chief Judge,
Thompson and Barron, Circuit Judges.

**JUDGMENT**

Entered: September 14, 2021

Upon consideration of plaintiff's request to dismiss this appeal, it is ordered that the above-captioned appeal be dismissed pursuant to Fed. R. App. P. 42(b) and with each party to bear its own costs. Mandate shall issue forthwith. The motion for appointment of counsel is denied as moot.

By the Court:

                                          Maria R. Hamilton, Clerk

cc:
Andre Pace
Veronica Elizabeth DeDosantos