# United States Court of Appeals
## For the First Circuit

No. 21-1322

ANDRE PACE,

Plaintiff - Appellant,

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, JUSTIN SALAMONE, Correctional Officer; MATTHEW H. VALADE, Correctional Officer; CHRISTOPHER J. MASCHARKA, Correctional Officer; DAVID BOLDUC, Correctional Officer; ROBERT M. DUVAL, Correctional Officer; JASON J. CHAPUT, Correctional Officer,

Defendants - Appellees,

THOMAS A. TURCO, III, Former Commissioner of The Department of Correction, in his official and individual capacities; CAROL A. MICI, Commissioner of The Department of Correction, in his official and individual capacities; STEVEN SILVA, Former Superintendent of The Souza Baranowski Correctional Facility, in his official and individual capacities; STEVEN KENNEWAY, Superintendent of The Souza Baranowski Correctional Facility, in his official and individual capacities,

Defendants.

**MANDATE**

Entered: September 14, 2021

In accordance with the judgment of September 14, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Veronica Elizabeth DeDosantos
Andre Pace