UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Andre Pace

      Plaintiff

  v.                                                      Civil Action No. 19-10653-RGS

Massachusetts Department of Correction, et al.

      Defendants

## ORDER OF DISMISSAL

April 4, 2023

STEARNS, D.J.

    In accordance with the court's Memorandum and Order [Dkt. # 202] entered on April 3, 2023, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

                                              By the court,

                                              /s/ Arnold Pacho
                                              Deputy Clerk