# United States Court of Appeals
## For the First Circuit

No. 23-1364

ANDRE PACE,

Plaintiff - Appellant,

v.

JUSTIN SALAMONE, Correctional Officer; MATTHEW H. VALADE, Correctional Officer; CHRISTOPHER J. MASCHARKA, Correctional Officer; JASON J. CHAPUT, Correctional Officer,

Defendants - Appellees,

MASSACHUSETTS DEPARTMENT OF CORRECTION; DAVID BOLDUC, Correctional Officer; ROBERT M. DUVAL, Correctional Officer; THOMAS A. TURCO, III, Former Commissioner of The Department of Correction, in his official and individual capacities; CAROL A. MICI, Commissioner of The Department of Correction, in his official and individual capacities; STEVEN SILVA, Former Superintendent of The Souza Baranowski Correctional Facility, in his official and individual capacities; STEVEN KENNEWAY, Superintendent of The Souza Baranowski Correctional Facility, in his official and individual capacities,

Defendants.

**MANDATE**

Entered: May 8, 2024

In accordance with the judgment of April 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Richard G. Stearns
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Andre Pace
Veronica Elizabeth DeDosantos