UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE PACE,<br>　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTION, et al.,<br>　　　Defendants. | C.A. NO. 1:19-CV-10653 |

## SUGGESTION OF DEATH UPON THE RECORD

Pursuant to Fed.R.Civ.P. 25 (a)(1), undersigned counsel suggests upon the record the

death of Plaintiff, Andre Pace, aka James Smith, the sole plaintiff in the above matter, who was

in the custody of the Department of Correction (Department) at the time of his death. See Exhibit

1. Upon information and belief, Mr. Andre Pace, aka James Smith, died on October 16, 2025 at

approximately 4:52 P.M. at UMass Memorial Health. See Exhibit 2, Death Certificate.

Respectfully submitted,

Department of Correction Defendants,
Massachusetts Department of Correction,
Justin Salamone, Christopher J. Mascharka,
David Bolduc, Jason J. Chaput, Matthew H.
Valade, and Robert M. Duval,

By Their Attorney:


NANCY ANKERS WHITE
Special Assistant Attorney General


January 14, 2026

*Veronica E. DeDosantos*
Veronica E. DeDosantos
BBO#663725
Department of Correction
Legal Division

70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1104
Veronica.dedosantos@doc.state.ma.us