UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRE PACE, *pro se*,

    Plaintiff,

                                      C.A. No. 1:19-CV-10653-RGS

    v.

CHRISTOPHER J. MASCHARKA, et al.,

    Defendants.

## AFFIDAVIT OF JAMIE JOYCE

I, Jamie Joyce, being duly sworn, state the following under the pains and penalties of perjury:

1. My name is Jamie Joyce, and I am the Central Records Manager for the Department of Correction (hereinafter "Department"). My office is located at Central Headquarters, 50 Maple Street, Milford, Massachusetts. I have been employed by the Department for approximately seventeen (17) years. As the Central Records Manager, I indirectly oversee the institutional record managers and oversee the records of formerly incarcerated individuals.

2. I have been asked to review the Department's Inmate Management System (IMS) regarding Andre Pace, aka as James Smith. James Smith had numerous aliases, one of which was Andre Pace. See Attached Exhibit B. Andre Pace, aka James Smith, with a date of birth of June 30, 1963, died on October 16, 2025. Andre Paca, aka James Smith's last known residence was 1671 Shirley, Road, Lancaster, MA, 01523.

Signed under the pains and penalty of perjury this 12th day of January 2026.

_____
Jamie Joyce
Central Records Manager