

116/32

Commonwealth of Massachusetts
Registry of Vital Records and Statistics
CERTIFICATE OF DEATH
MEDICAL EXAMINER

State File # **2025 059960**
Registered # **25348001574**
OCME CASE# **2025-14972**

Form R-301 07012019

| | |
|---|---|
| *Place of Death* **UMASS MEMORIAL MEDICAL CENTER - UNIVERSITY CAMPUS, WORCESTER, MA** | |

| | | |
|---|---|---|
| *Date of Death* **OCTOBER 16, 2025** | Age **62 YRS** | Sex **MALE** |

*Current Name* **SMITH, JAMES**

*Surname at Birth or Adoption* **SMITH**          SSN **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**

*AKA* ---

*Date of Birth* **JUNE 30, 1963**          *Birthplace* **UNKNOWN, UNKNOWN, UNKNOWN**

*Residence* **1671 SHIRLEY ROAD, LANCASTER, MASSACHUSETTS 01523**

*Race* **BLACK**          *Education* **UNKNOWN**

*Marital Status* **NEVER MARRIED**          *Occupation/Industry* **UNKNOWN/UNKNOWN**

| *Last Spouse – Last, First, Middle (Surname at Birth or Adoption)* --- | *Decedent: U.S. Veteran (Most Recent)* **NO** |
|---|---|

| *Parent Name – Last, First Middle (Surname at Birth or Adoption)* **PACE, CHARLES --- (PACE)** | *Birthplace* **UNKNOWN** |
|---|---|
| *Parent Name – Last, First Middle (Surname at Birth or Adoption)* **SMITH, PEGGY --- (SMITH)** | *Birthplace* **UNKNOWN** |

**MEDICAL CERTIFIER**

*Part I. Cause of Death – Sequentially list immediate cause then antecedent causes then underlying cause*          *Interval between onset and death*

a. Immediate Cause (Final condition resulting in death)
**COMPLICATIONS OF ALCOHOLIC CIRRHOSIS**          **- WEEKS**

b. Due to or as a consequence of:.
---          ---

c. Due to or as a consequence of:
---          ---

d. Due to or as a consequence of:
---          ---

| *Part II. Other significant conditions contributing to death but not resulting in underlying cause* **HYPERTENSION, ULCERATIVE COLITIS, PRIMARY SCLEROSING CHOLANGITIS** | *Manner of Death:* **NATURAL** |
|---|---|
| | *Time of Death:* **04:52 PM** |
| | *Result of Injury:* **NO** |

*Certifier* **CHRISTOPHER T PERRY, ME**          Lic # **274670**

*Addr.* **720 ALBANY STREET, BOSTON, MASSACHUSETTS 02118**

**DISPOSITION**

*Funeral Licensee/ Designee* **JOHN ARENA**          Lic # **51269**

*Facility/Addr.* **DEE FUNERAL HOME, CONCORD, MASSACHUSETTS**

*Immediate Disposition* **BURIAL**

*Date of Immediate Disposition* **DECEMBER 12, 2025**

*Place/Address* **NORTH CENTRAL CORRECTIONAL INSTITUTION CEMETERY, COLONY ROAD, GARDNER,**

*Date of Record* **DECEMBER 12, 2025**

*Date of Amendment* **JANUARY 05, 2026**

**CLERK, CITY OF WORCESTER**

JANUARY 06, 2026

R-301 p. 2 of 2                                    SMITH                        STATE FILE # 2025 059960

WORCESTER 25348001574  AMENDED JANUARY 06, 2026
LANCASTER 25147000031R

STATE VOL/PG: 189/11 AE; ORIGINAL VOL/PG: 116/32 OPEN

| | |
|---|---|
| *If U.S. war veteran, specify war/conflict(s)*<br>--- | |
| *Branch of military (most recent)*<br>--- | *Rank/organization/outfit(most recent)*<br>--- |
| *Date entered(most recent)*<br>--- | *Date Discharged (most recent)*<br>---     *Service Number(most recent)*<br>--- |

| *Place of Death Type*<br>**HOSPITAL - INPATIENT** | | *Date of Pronouncement*<br>--- | *Time of Pronouncement*<br>--- |
|---|---|---|---|
| *RN/NP/PA Pronouncement?*<br>**NO** | *Name of RN/NP/PA Pronouncing Death*<br>--- | | *Lic #*--- |
| *RN/NP/PA Employing Agency or Institution*<br>--- | | *Name of Physician or Medical Examiner notified*<br>--- | |

| *Was M.E. Notified?*<br>**YES** | *Provider in charge of patient's care, if not certifier*<br>--- | | |
|---|---|---|---|
| *Autopsy Performed?*<br>**NO** | *Findings available for Cause?*<br>--- | *Tobacco contribute to death?*<br>**UNKNOWN** | *Pregnancy Status, if female*<br>**NOT APPLICABLE** |

| *Date of Injury*<br>--- | *Time of Injury*<br>--- | *Injury at Work?*<br>--- | *If Transportation Injury, specify:*<br>--- |
|---|---|---|---|
| *Place of Injury*<br>--- | | *Location/Address of Injury:*<br>--- | |
| *Describe How Injury Occurred*<br>--- | | | |

| |
|---|
| *Expanded Race:* **BLACK** |
| *Ethnicity* **UNKNOWN; HISPANIC ORIGIN: NO, NOT SPANISH/HISPANIC/LATINO** |

| *Informant Name* **STEPHEN KENNEDY** | *Relationship* **SUPERINTENDENT** |
|---|---|
| *Addr.* **1671 SHIRLEY ROAD, LANCASTER, MASSACHUSETTS 01523** | |

| *Date Disposition Permit Issued:* **DECEMBER 11, 2025** | *Board of Health Agent* **SUSAN M DITARANTO** |
|---|---|
| *State Tracking No.* **059960** | *Local Permit No.* **2025002848** |
| *Other Characteristics:* | |

ME PENDING COD REPLACEMENT/CAUSE OF DEATH-LINE A DESCRIPTION , CAUSE OF DEATH-LINE A
ONSET INTERVAL, CAUSE OF DEATH - LINE A UNITS, CAUSE OF DEATH-OTHER SIGNIFICANT
CONDITIONS, OTHER FACTORS-MANNER OF DEATH, CERTIFIER-DATE SIGNED

EVIDENCE/