| W94849 | | ANDRE | M | PACE | W94849 | DECEASED | |

| Last Name | First Name | MI |
|---|---|---|
| DONINQUEZ | MANUEL | |
| BOYDS | STEVE | |
| SMITH | J | |
| SIMH | MICHAEL | |
| SIMS | MICHAEL | |
| SMITH | MIKE | |
| SIMMS | MICHAEL | |
| JONES | MIKE | |
| SYMS | MICHAEL | |
| SYMS | MIKE | |
| TAYLOR | MICHAEL | |
| BELL | GERALD | |
| ADAMS | VINCIENT | |
| BURNS | JAMES | |
| ADAMS | VINCENT | |
| COUPER | BRUCE | |
| BOYDS | STEVEN | |
| ROBERTSON | JAMES | |
| SMITH | MICHAEL | |
| WATTS | RICHARD | C |
| COOPER | BRUCE | |
| JOYNER | JAMES | |
| JONES | MICHAEL | |
| BELL | JERALD | |
| SIM | MICHALE | |
| SMITH | JAMES | |
| SMITH | MIRE | |
| PACE | ANDRE | M |
| PACE | ANDRE | M |
| BLACK | NICKNAME | |